FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 PM 4: 32

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WESLEY WORRELLS,<br><br>       Plaintiff,<br><br>v.<br><br>SAM'S CLUB, INC. d/b/a<br>SAM'S CLUB #6603,<br><br>       Defendant. | Case No. F05-0025CV<br><br>**NOTICE OF REMOVAL** |

TO:    The United States District Court
      For the District of Alaska

AND TO:  William B. Schendel, Esq.
      WINFREE LAW OFFICE
      301 Cushman Street, Ste 200
      Fairbanks, AK 99701-4629

  You are hereby notified that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, the above-actual-named defendant, SAM'S CLUB, INC. d/b/a/ SAM'S CLUB #6603, has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Wesley Worrells v. Sam's Club, Inc. dba Sam's Club #6603* filed in the District Court for the State of Alaska, Fourth Judicial District at Fairbanks, Case No. 4FA-05-2493 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of the District Court for the Fourth Judicial District at Fairbanks, and that said action has thereby been removed from the State District Court to the United States District Court. *See* Exhibit A hereto, Notice of Removal to Federal Court.

  The grounds for removal are as follows: This case involves diversity. 28 U.S.C. § 1332.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

Suit was filed by plaintiff in Alaska District Court, Fourth Judicial District at Fairbanks, on or about November 10, 2005 (Amended Complaint and Amended Summons), and was served on defendant on or about November 14, 2005.

Based on the above, this Court has both original and removal jurisdiction over this action, and defendants are entitled to remove this action to this Court from the District Court for the State of Alaska.

DATED this 8th day of December, 2005.

LANE POWELL LLC
Attorneys for Defendant

By _____
   William A. Earnhart - ASBA 9411099

I certify that on December 8, 2005, a copy of the foregoing was served by fax and U. S. mail on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Ste 200
Fairbanks, AK 99701-4629

_____
111655.0260/152202.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

WESLEY WORRELLS,

                Plaintiff,

v.

SAM'S CLUB, INC. d/b/a
SAM'S CLUB #6603,

                Defendant.

Case No. 4FA-05-2493 CI

**NOTICE OF REMOVAL**
**TO FEDERAL COURT**

TO:    Clerk of Court
        The District Court for the State of Alaska, Fourth Judicial District

AND TO:   Plaintiff Wesley Worrells
            William B. Schendel, Esq.
            Winfree Law Office
            301 Cushman St., Ste 200
            Fairbanks, AK 99701-4629
            Tel: 907-451-6500
            Fax: 907-451-6510

Please take notice pursuant to the provision of 28 U.S.C. § 1446(d) that the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of *Wesley Worrells v. Sam's Club #6603,* Case No. 4FA-05-2493 CI, to the United States District Court for the District of Alaska from the District Court for the State of Alaska, Fourth Judicial District at Fairbanks, was filed by the above-actual-named defendant on December 8, 2005, with the Clerk of the United States District Court for the District of Alaska.

DATED this 8th day of December, 2005.

I certify that on December 8, 2005, a copy
of the foregoing was served by fax and U. S. mail on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Ste 200
Fairbanks, AK 99701-4629

*Jean Pree*
111655.0260/152200.1

LANE POWELL LLC
Attorneys for Defendant

By _____
for William A. Earnhart - ASBA 9411099

EXHIBIT A
Page 1 of 1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631