William B. Schendel
Winfree Law Office,
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Telephone: 907-451-6500
Facsimile: 907-451-6510
e-mail address: will.schendel@winfreelaw.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WESLEY WORRELLS,                )<br>                                              )<br>              Plaintiff,           )<br>                                              )<br>    vs.                                      ) Case No. F05-0025CV (RRB)<br>                                              )<br>SAM'S WEST, INC.,                )<br>d/b/a SAM'S CLUB # 6603    )<br>                                              )<br>              Defendant.         )   SCHEDULING AND PLANNING<br>_____)   CONFERENCE REPORT | |

1.   **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on February 2, 2006, and was attended by:

    William B. Schendel    attorney for plaintiff Wesley Worrells

    William Earnhart    attorney for defendant Sam's West Inc.

The parties recommend the following:

2.   **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

    ____   have been exchanged by the parties

    _X_   will be exchanged by the parties by February 16, 2006.

    Proposed changes to disclosure requirements:  *(Insert proposed changes, if any)*

    Preliminary witness lists

        ____   have been exchanged by the parties

      __X__ will be exchanged by the parties by February 16, 2006.

3.    **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Plaintiff's exempt status; number of hours plaintiff worked; and good faith of defendant.

4.    **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

    Liability, damages.

    B. All discovery commenced in time to be completed by September 1, 2006 ("discovery close date").

    C. Limitations on Discovery.

        1.   Interrogatories

           __X__ No change from F.R.Civ.P. 33(a)

           ____ Maximum of ____ by each party to any other party.

           Responses due in ____ days.

        2.   Requests for Admissions.

           __X__ No change from F.R.Civ.P. 36(a).

           ____ Maximum of ____ requests.

           Responses due in ____ days.

        3.   Depositions.

           __X__ No change from F.R.Civ.P. 36(a), (d).

           ____ Maximum of ____ depositions by each party.

           Depositions not to exceed ____ hours unless agreed to by all parties.

    D.    Reports from retained experts.

        __X__ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

        ____ Reports due:

        From plaintiff (*insert date*)        From defendant (*insert date*)

    E.    Supplementation of disclosures and discovery responses are to be made:

        __X__ Periodically at 60-day intervals from the entry of scheduling and planning order.

        ____ As new information is acquired, but not later than 60 days before the close of discovery.

    F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

        __X__ 45 days prior to the close of discovery.

        ____ Not later than (*insert date*)

5.    **Pretrial Motions**.

    __X__ No change from D.Ak. LR 16.1(c).

    The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    ____ Motions to amend pleadings or add parties to be filed not later than (*insert date*).

    ____ Motions under the discovery rules must be filed not later than (*insert date*).

    ____ Motions in limine and dispositive motions must be filed not later than (*insert date*).

6.  **Other Provisions**:

    A.  _X_  The parties do not request a conference with the court before the entry of the scheduling order.

    ____ The parties request a scheduling conference with the court on the following issue(s):
    (*Insert issues on which a conference is requested*)

    B.  Alternative Dispute Resolution.  [D.Ak. LR 16.2]

    _X_ This matter is not presently considered a candidate for court-annexed alternative dispute resolution, but the parties will advise if that changes.

    ____ The parties will file a request for alternative dispute resolution not later than (*insert date*).

    ____ Mediation     ____ Early Neutral Evaluation

    C.  The parties ____ do _X_ not consent to trial before a magistrate judge.

    D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

    _X_ All parties have complied     ____ Compliance not required by any party

7.  **Trial**.

    A.  The matter will be ready for trial:

    _X_ 45 days after the discovery close date.

    ____ not later than (*insert date*).

    B.  This matter is expected to take _3_ days to try.

    C.  Jury Demanded _X_ Yes ____ No

    Right to jury trial disputed? ____ Yes _X_ No

Dated: February 9, 2006

WINFREE LAW OFFICE
A Professional Corporation
For Plaintiff Worrells

s/ William B. Schendel

Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
(907) 451-6500; (907) 451-6510 (fax)
will.schendel@winfreelaw.com
Alaska Bar No. 7610128


LANE POWELL
For Defendant Sam's West, Inc.

s/ William A. Earnhart (consent)

Lane Powell
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503
(907) 264-3323; (907) 276-2631
EarnhartW@lanepowell.com
Alaska Bar No. 9411099


## Certificate of Service

I hereby certify that on February 9, 2006, a copy of the foregoing Scheduling and Planning Conference Report was served electronically on William Earnhart.

s/ William B. Schendel

Winfree Law Office