William B. Schendel
Winfree Law Office,
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Telephone: 907-451-6500
Facsimile: 907-451-6510
e-mail address: will.schendel@winfreelaw.com

Attorney for Plaintiff Worrells

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WESLEY WORRELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. F05-0025CV (RRB) |
| ) | |
| SAM'S WEST, INC., ) | |
| d/b/a SAM'S CLUB #6603 ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF WORRELLS' MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Wesley Worrells seeks leave to amend his complaint for overtime compensation to add a claim under the federal Fair Labor Standards Act.

This motion is made pursuant to F.R.Civ.P. 15(a), and is supported by the accompanying memorandum of counsel.



Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

Dated this 28th day of February, 2006, at Fairbanks, Alaska.

WINFREE LAW OFFICE
A Professional Corporation
For Plaintiff Worrells

/s/ William B. Schendel
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Phone: (907) 451-6500
Fax: (907) 451-6510
E-Mail: will.schendel@winfreelaw.com
Alaska Bar No. 7610128

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2006, a copy of the foregoing, **Plaintiff Worrells' Motion for Leave to File Second Amended Complaint**, was served electronically on the following:

William A. Earnhart
Lane Powell PC
301 W. Northern Lights Blvd.,301
Anchorage, Alaska 99503-2648

/s/ William B. Schendel
Winfree Law Office

Winfree Law Office
Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

WORRELLS V. SAM'S WEST, INC.                    Case No. F05-0025CV (RRB)
*Plaintiff Worrells' Motion for Leave
to File Second Amended Complaint*                                 Page 2