William B. Schendel
Winfree Law Office,
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Telephone: 907-451-6500
Facsimile: 907-451-6510
e-mail address: will.schendel@winfreelaw.com

Attorney for Plaintiff Worrells

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WESLEY WORRELLS,<br><br>                Plaintiff,<br><br>  vs.<br><br>SAM'S WEST, INC.,<br>d/b/a SAM'S CLUB #6603<br><br>                Defendant. | Case No. F05-0025CV (RRB) |

### [PROPOSED] ORDER
### *re* Second Amended Complaint

BASED UPON plaintiff Worrells' Motion for Leave to File Second Amended Complaint, and upon any Opposition and Reply, the Court

    GRANTS said motion, and

    ORDERS defendant Sam's to answer the Second Amended Complaint within ten (10) days of service of this Order.

DATED:_____    _____
                          Ralph R. Beistline
                          United States District Judge



Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2006, a copy of the foregoing, **[Proposed] Order re Second Amended Complaint,** was served electronically on the following:

William A. Earnhart
Lane Powell PC
301 W. Northern Lights Blvd.,301
Anchorage, Alaska 99503-2648

/s/ William B. Schendel
Winfree Law Office



Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510