William B. Schendel
Winfree Law Office,
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Telephone: 907-451-6500
Facsimile: 907-451-6510
e-mail address: will.schendel@winfreelaw.com

Attorney for Plaintiff Worrells

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WESLEY WORRELLS,                    )<br>                                     )<br>              Plaintiff,             )<br>                                     )<br>     vs.                             )   Case No. F05-0025CV (RRB)<br>                                     )<br>SAM'S WEST, INC.,                    )<br>d/b/a SAM'S CLUB #6603               )<br>                                     )<br>              Defendant.             )<br>_____) | |

MEMORANDUM IN SUPPORT OF
PLAINTIFF WORRELLS' MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT

   Wesley Worrells ("Worrells") seeks leave to add a federal claim to his current state-based claim for overtime compensation.

   This motion is timely under the Court's recent Scheduling Order, which sets April 3, 2006, as the deadline for amendments.

   Defendant Sam's will suffer no surprise or prejudice: Worrells had earlier pleaded an FLSA claim, but withdrew it in an attempt to stay in state court. Sam's, nonetheless, removed

this matter to federal court.  Consequently, Worrells here seeks to reinstate the FLSA claim.

Worrells has lodged an appropriate order.

Dated this 28th day of February, 2006, at Fairbanks, Alaska.

                                  WINFREE LAW OFFICE
                                  A Professional Corporation
                                  For Plaintiff Worrells

                                  /s/ William B. Schendel
                                  301 Cushman Street, Suite 200
                                  Fairbanks, Alaska 99701
                                  Phone: (907) 451-6500
                                  Fax: (907) 451-6510
                                  E-Mail: will.schendel@winfreelaw.com
                                  Alaska Bar No. 7610128

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2006, a copy of the foregoing, **Memorandum in Support of Plaintiff Worrells' Motion for Leave to File Second Amended Complaint**, was served electronically on the following:

William A. Earnhart
Lane Powell PC
301 W. Northern Lights Blvd.,301
Anchorage, Alaska 99503-2648

/s/ William B. Schendel
Winfree Law Office

Vinfree Law Office
Professional Corporation
01 Cushman Street, Suite 200
airbanks, Alaska 99701-4629
elephone 907.451.6500
acsimile 907.451.6510

WORRELLS V. SAM'S WEST, INC.                            Case No. F05-0025CV (RRB)
*Memorandum in Support of Plaintiff Worrells'*
*Motion for Leave to File Second Amended Complaint*              Page 2