UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

WORRELLS v. SAM'S WEST INC.

DATE:  March 1, 2006   CASE NO.  4:05-CV-0025-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
RE SECOND AMENDED COMPLAINT AT DOCKET 12**

---

Plaintiff filed a Motion for Leave to File Second Amended Complaint at Docket 10 and a Second Amended Complaint at Docket 12. Due to the fact that Plaintiff's Motion for Leave to File has not yet been ruled on, the Second Amended Complaint at Docket 12 will be considered as an Exhibit to Plaintiff's motion at Docket 10. If Plaintiff's motion is granted, Plaintiff may then file and serve the Second Amended Complaint.

M.O. RE SECOND AMENDED COMPLAINT AT DOCKET 12