William A. Earnhart, Esq., ASBA 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
E-mail:earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| WESLEY WORRELLS, | |
|---|---|
| Plaintiff, | Case No. 4:05-cv-0025-RRB |
| v. | |
| SAM'S CLUB, INC. d/b/a SAM'S CLUB #6603, | **UNOPPOSED MOTION OF NONRESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE** |
| Defendant. | |

To the Honorable Judge of the above-entitled court:

Pursuant to D.Ak. LR 83.1(d), I, Rudy A. Englund of Lane Powell PC, 1420 Fifth Avenue, Suite 4100, Seattle, Washington 98101-2338, hereby move that I be permitted to appear and participate as counsel for defendant SAM'S WEST, INC., d/b/a SAM'S CLUB #6603, in the above-entitled cause.

I hereby designate William A. Earnhart of Lane Powell LLC, 301 W. Northern Lights Blvd., Suite 301, Anchorage, Alaska 99503 (phone: 907-277-9511), a member of the Bar of this Court, who maintains an office at the place within the District, at which the action is pending for the practice of law, with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

      Attached is a Status Certificate from the Washington State Bar Association (Exhibit A) and Declaration of Rudy A. Englund (Exhibit B).

      Plaintiff's counsel has advised that he does not oppose this motion.

DATED: March 17, 2006.

                LANE POWELL LLC
                Attorneys for Defendant

                By: /s/ Rudy A. Englund
                      Rudy A. Englund
                      Lane Powell PC
                      1420 Fifth Avenue, Suite 4100
                      Seattle, Washington 98101-2338
                      Tel: (206) 223-7000
                      Fax: (206) 223-7107
                      Email: englundr@lanepowell.com
                      WSBA No. 04123

## CONSENT TO PARTICIPATE

I hereby consent to the granting of the foregoing application.

DATED: March 17, 2006.

                LANE POWELL LLC
                Attorneys for Defendant

                By: /s/ William A. Earnhart
                      William A. Earnhart
                      301 W. Northern Lights Blvd., Suite 301
                      Anchorage, AK 99503-2648
                      Tel:   (907) 277-9511
                      Fax:  (907) 276-2631
                      E-mail: earnhartw@lanepowell.com
                      ASBA No. 9411099

I certify that on March 17, 2006, a copy of the foregoing was served electronically on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629

/s/ William A. Earnhart
111655.0260/154058.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631