# STATUS CERTIFICATE

This certifies that

## RUDY ALBERT ENGLUND

was admitted to the Bar of the State of Washington on November 6, 1975, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of March 15, 2006.

_____
M. Janice Michels
Executive Director

Washington State Bar Association
2101 Fourth Avenue, Suite 400
Seattle, WA 98121-2330
206-443-WSBA

EXHIBIT __A__
PAGE __1__ OF __1__