William A. Earnhart, Esq., ASBA 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
E-mail:earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| WESLEY WORRELLS,                              | Case No. 4:05-cv-0025-RRB |
|-----------------------------------------------|---------------------------|
| Plaintiff,                                    |                           |
| v.                                            |                           |
| SAM'S CLUB, INC. d/b/a SAM'S CLUB #6603,      | **DECLARATION OF RUDY A. ENGLUND IN SUPPORT OF MOION OF NONRESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE** |
| Defendant.                                    |                           |

I, Rudy A. Englund, declare as follows:

1. I am over the age of 18 years and am competent to testify to the facts and matters contained herein.

2. I am known by the following variations of my name: _____N/A_____

3. My office address is Lane Powell PC, 1420 Fifth Avenue, Suite 4100, Seattle, WA 98101-2338 and I reside in Seattle, Washington.

4. I was admitted to practice in Washington State in 1975 and have resided in the State of Washington continuously since 1957. My Washington State Bar Number is 04123.

5. I am not the subject of any pending disciplinary actions in any jurisdiction or before any court to which I have been admitted to practice.

EXHIBIT __B__
PAGE __1__ OF __2__

6. I have never been suspended or disbarred on account of disability or any other reason in any other jurisdiction or court to which I have been admitted to practice.

7. I have read Local Rules of the United States District Court in Alaska.

DATED this 13th day of March, 2006.

                              LANE POWELL LLC
                              Attorneys for Defendant

                              By _/s/ Rudy A. Englund_____
                              Rudy A. Englund
                              Lane Powell PC
                              1420 Fifth Avenue, Suite 4100
                              Seattle, Washington 98101-2338
                              Tel: (206) 223-7000
                              Fax: (206) 223-7107
                              Email: englundr@lanepowell.com
                              WSBA No. 04123

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

111655.0260/154059.1

EXHIBIT __B__
PAGE __2__ OF __2__

Declaration of Rudy A. Englund In Support of Motion of Nonresident Attorney
For Permission To Appear and Participate
*Worrells v. Sam's Club, Inc.*       (Case No. 4:05-cv-0025-RRB)       Page 2 of 2