William A. Earnhart, Esq., ASBA No. 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WESLEY WORRELLS,<br><br>                Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC., d/b/a<br>SAM'S CLUB # 6603,<br><br>                Defendant. | Case No. 4:05-CV-0025-(RRB)<br><br><br><br>**[PROPOSED] ORDER GRANTING<br>STIPULATION AND PROTECTIVE ORDER<br>AS TO DISCOVERY** |

### ORDER

Based on the parties' Stipulation, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: _____, 2006

_____
Ralph R. Beistline
United States District Judge

I certify that on March 17, 2006, a copy
of the foregoing was served electronically on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629

/s/ William A. Earnhart
_____
111655.0260/1279424.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631