William A. Earnhart, Esq., ASBA 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
E-mail:earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WESLEY WORRELLS,<br><br>Plaintiff,<br><br>v.<br><br>SAM'S CLUB, INC. d/b/a<br>SAM'S CLUB #6603,<br><br>Defendant. | Case No. 4:05-cv-0025-RRB<br><br>**DEFENDANT'S NON-OPPOSITION TO PLAINTIFF WORRELLS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Defendant, SAM'S WEST, Inc. d/b/a SAM"S CLUB # 6603, by and through counsel, gives notice that it does not oppose Plaintiff Worrells' Motion For Leave To File Second Amended Company dated February 28, 2006 (Document 10).

DATED this 20th day of March, 2006.

LANE POWELL LLC
Attorneys for Defendant

By /s/ William A. Earnhart
   William A. Earnhart
   301 W. Northern Lights Blvd., Suite 301
   Anchorage, Alaska 99503-2648
   Telephone 907-277-9511
   Facsimile 907-276-2631
   E-mail:   earnhartw@lanepowell.com
   ASBA 9411099

I certify that on March 20, 2006, a copy
of the foregoing was served electronically on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Ste 200
Fairbanks, AK 99701-4629

   /s/ William A. Earnhart
111655.0260/154271.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631