IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WESLEY WORRELLS,<br><br>      Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., d/b/a SAM'S CLUB #6603,<br><br>      Defendant. | Case No. 4:05-cv-0025-RRB<br><br>**ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT** |

      THIS COURT, having considered Plaintiff's Motion for Leave to File Second Amended Complaint (Docket 10) and Defendant's non-opposition thereto, hereby **GRANTS** Plaintiff's motion. Plaintiff shall now file and serve the Second Amended Complaint.

      ENTERED this 21st day of March, 2006.

                                       /s/ RALPH R. BEISTLINE
                                       UNITED STATES DISTRICT JUDGE