William A. Earnhart, Esq., ASBA 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
E-mail:earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WESLEY WORRELLS,<br><br>              Plaintiff,<br><br>v.<br><br>SAM'S CLUB, INC. d/b/a<br>SAM'S CLUB #6603,<br><br>              Defendant. | Case No. 4:05-cv-0025-RRB<br><br>**UNOPPOSED STATUS**<br>**REPORT OF THE PARTIES RE**<br>**SCHEDULING & PLANNING ORDER** |

On February 9, 2006, the parties filed the Scheduling and Planning Conference Report (Document 6), and the Court issued its Scheduling & Planning Order on February 27, 2006 (Document 9). Thereafter, on March 21, 2006, Plaintiff filed his Second Amended Complaint (Document 21), and the Court issued its Minute Order From Chambers dated March 31, 2006 (Document 23), requiring the filing of the Initial Case Status Report / Case Scheduling & Planning.

Accordingly, the parties request the Court to apply the Scheduling & Planning Order issued on February 27, 2006 (Document 9) to the Second Amended Complaint and vacate the Court's Order of March 31, 2006.

DATED this 13th day of April, 2006.

                                                    LANE POWELL LLC
                                                    Attorneys for Defendant

                                                    By   /s/ William A. Earnhart
                                                        William A. Earnhart
                                                        301 W. Northern Lights Blvd., Suite 301
                                                        Anchorage, Alaska 99503-2648
                                                        Telephone 907-277-9511
                                                        Facsimile 907-276-2631
                                                        E-mail:   earnhartw@lanepowell.com
                                                        ASBA 9411099

I certify that on April 13, 2006, a copy
of the foregoing was served electronically on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Ste 200
Fairbanks, AK 99701-4629

 /s/ William A. Earnhart
111655.0260/154632.1