William A. Earnhart, Esq., ASBA 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
E-mail:earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WESLEY WORRELLS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SAM'S CLUB, INC. d/b/a<br>SAM'S CLUB #6603,<br><br>　　　　　　　　　Defendant. | Case No. 4:05-cv-0025-RRB<br><br>**[PROPOSED]**<br>**ORDER RE: UNOPPOSED STATUS**<br>**REPORT OF THE PARTIES RE**<br>**SCHEDULING & PLANNING ORDER** |

IT IS HEREBY ORDERED:

(1)　The Scheduling & Planning Order filed 02/27/06 (Document 9) remains in effect as to the Second Amended Complaint.

(2)　The Minute Order From Chambers dated March 31, 2006 (Document 23) is VACATED.

DATED this _____ day of April, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Ralph R. Beistline

I certify that on April 13, 2006, a copy
of the foregoing was served electronically on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Ste 200
Fairbanks, AK 99701-4629

 /s/ William A. Earnhart
111655.0260/154633.1