William A. Earnhart, Esq., ASBA 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WESLEY WORRELLS,<br><br>Plaintiff,<br><br>v.<br><br>SAM'S CLUB, INC. d/b/a<br>SAM'S CLUB #6603,<br><br>Defendant. | Case No. 4:05-cv-0025-RRB<br><br>[~~PROPOSED~~]<br>**ORDER RE: UNOPPOSED STATUS REPORT OF THE PARTIES RE SCHEDULING & PLANNING ORDER** |

IT IS HEREBY ORDERED:

(1) The Scheduling & Planning Order filed 02/27/06 (Document 9) remains in effect as to the Second Amended Complaint.

(2) The Minute Order From Chambers dated March 31, 2006 (Document 23) is VACATED.

DATED this 14 day of April, 2006.

/S/
_____
The Honorable Ralph R. Beistline

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631