William B. Schendel
Winfree Law Office,
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Telephone: 907-451-6500
Facsimile: 907-451-6510
e-mail address: will.schendel@winfreelaw.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WESLEY WORRELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. F05-0025CV (RRB) |
| ) | |
| SAM'S WEST, INC., ) | |
| d/b/a SAM'S CLUB #6603 ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF INFORMATION CHANGE FOR COUNSEL
## FOR PLAINTIFF WESLEY WORRELLS

Please take notice of the change of contact for counsel for Plaintiff Wesley Worrells, effective July 1, 2006:

William B. Schendel
Schendel Law Office
250 Cushman Street, Suite 500
Fairbanks, Alaska 99701
Telephone: (907) 451-6500
Facsimile: (907) 451-6510
will@schendellaw.com

Dated: June 29, 2006

WINFREE LAW OFFICE
A Professional Corporation
For Plaintiff Worrells
/s/ William B. Schendel
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Phone: (907) 451-6500
Fax: (907) 451-6510
E-Mail: will.schendel@winfreelaw.com
Alaska Bar No. 7610128

Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

**CERTIFICATE OF SERVICE**

I hereby certify that on the **29th of June, 2006,** a copy of foregoing **Notice of Information Change for Counsel for Plaintiff Wesley Worrells** was served electronically on:

William A. Earnhart
Lane Powell PC
301 W. Northern Lights Blvd.,301
Anchorage, Alaska 99503-2648

Rudy A. Englund
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338


/s/ William B. Schendel
Winfree Law Office



Vinfree Law Office
Professional Corporation
01 Cushman Street, Suite 200
airbanks, Alaska 99701-4629
elephone 907.451.6500
acsimile 907.451.6510