Rudy A. Englund, Esq., WSBA # 04123
*Admitted Pro Hac Vice*
Peter C. Partnow, Esq., ASBA # 7206029
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WESLEY WORRELLS,<br><br>                      Plaintiff,<br><br>v.<br><br>SAM'S CLUB, INC. d/b/a<br>SAM'S CLUB #6603,<br><br>                      Defendant. | Case No. 4:05-cv-0025-RRB<br><br>**NOTICE TO COURT RE SETTLEMENT** |

      Defendant SAM's Club, Inc., d/b/a SAM's Club #6603 hereby notifies the court that the parties have agreed to settle this case and will shortly submit appropriate documents.

      DATED this 10th day of July, 2006.

                                          LANE POWELL LLC
                                        Attorneys for Defendant

                                        By /s/ Rudy A. Englund
                                              Rudy A. Englund
                                              *Admitted Pro Hac Vice*
                                              1420 Fifth Avenue, Ste. 4100
                                              Seattle, WA 98101-2338
                                              Telephone 206-223-7000
                                              Facsimile 206-223-7107
                                              E-mail: englundr@lanepowell.com
                                              WSBA 04123

I certify that on July 10, 2006, a copy
of the foregoing was served electronically on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Ste 200
Fairbanks, AK 99701-4629

/s/ Rudy A. Englund
111655.0260/155778.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631