Rudy A. Englund, Esq., WSBA # 04123
*Admitted Pro Hac Vice*
Peter C. Partnow, Esq., ASBA # 7206029
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
E-mail: englundr@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WESLEY WORRELLS,<br><br>                   Plaintiff,<br><br>v.<br><br>SAM'S CLUB, INC. d/b/a<br>SAM'S CLUB #6603,<br><br>                   Defendant. | Case No. 4:05-cv-0025-RRB<br><br>(~~PROPOSED~~) ORDER FOR APPROVAL OF SETTLEMENT (A.S. 23.10.110(j)) |

THIS COURT, having considered Defendant's Motion Under Seal For Approval of Settlement with attached Exhibits; and any pleadings filed in response thereto; and all other pleadings and files herein; NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Court finds that the parties agreed, in writing, to a full and complete settlement of this case pursuant to the terms of the Release and Settlement Agreement, that such Settlement Agreement is fair, and consistent with public policy, and hereby ORDERS that the Settlement Agreement between the parties is approved, that the Settlement Agreement shall remain filed under seal, and this action is hereby dismissed with prejudice.

ORDERED this 7 day of August, 2006.

REDACTED SIGNATURE

The Honorable Ralph R. Beistline
United States District Court Judge